UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.              Civil No. 11-mc-58-SM

<u>Andrew W. Stevens</u>

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 17, 2011, no objection having been filed. The failure to file any objection to the Report and Recommendation precludes any appeal of this case to the First Circuit Court of Appeals. <u>See United States v. De Jesús-Viera</u>, 655 F.3d 52, 57 (1st Cir. 2011) (citing <u>United States v. Lugo Guerrero</u>, 524 F.3d 5, 14 (1st Cir. 2008)); <u>Sch. Union No. 37 v. United Nat'l Ins. Co.</u>, 617 F.3d 554, 564 (1st Cir. 2010) (only issues fairly raised by objections to magistrate judge's report are subject to review by district court; issues not preserved by such objection precluded on appeal).

  The court hereby orders the taxpayer, Andrew W. Stevens, to obey the summons and to appear on March 1, 2012, at 9:00 a.m., at the IRS office located at

410 Amherst St., Ste 350, Nashua, NH, before Revenue Officer Allison Vermette (or any other Revenue Officer of the IRS) to give testimony and produce all books and records in his possession or control required and called for by the terms of the summons of July 8, 2011.   I further order that the government be awarded its costs.

    SO ORDERED.


February  7,   2012           /s/ Steven J. McAuliffe
                                               Steven J. McAuliffe
                                               United States District Judge


cc:   Gretchen Leah Witt, AUSA
       Andrew W. Stevens, pro se